Matter of Feliciano v Board of Elections in the City of New York

2026 NY Slip Op 02952

May 12, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Hector Feliciano, Petitioner-Appellant,

v

Board of Elections in the City of New York, et al., Respondents-Respondents.

Decided and Entered: May 12, 2026

Index No. 1639/26|Appeal No. 6814|Case No. 2026-02504|

Before: Scarpulla, J.P., Shulman, Higgitt, O'Neill Levy, Chan, JJ.

Hector Feliciano, appellant pro se.

Stanly Kalmon Schlein, Bronx, for Amanda Septimo, respondent.

[*1]

Judgment, Supreme Court, Bronx County (Laurence E. Busching, J.), entered on or about April 23, 2026, unanimously affirmed for the reasons stated by Laurence E. Busching, J., without costs or disbursements.

No opinion. Order filed.

M-2509 - Matter of Feliciano v Board of Elections

Motion for stay, denied.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 12, 2026